CAUSE NO. 2014-CV-0393

FILED
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
04/13/2015 10:39:27 AM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| DAVID GOAD | § | |
| Plaintiff, | § | IN THE COUNTY COURT |
| v. | § | AT LAW |
| | § | |
| JAMIE OSBORNE | § | |
| Defendant, | § | GUADALUPE COUNTY, TEXAS |
| | § | |

## NOTICE OF APPEAL
## NOTICE OF FRAUD UPON THE COURT BY
## JUDGE ROBIN DWYER AND COURT STAFF

Plaintiff, David Goad (Goad), appeals all actions (signed orders or other) taken by Judge Robin Dwyer. Judge Robin Dwyer and the courts staff manipulated with malice, the judicial machinery of the court to ensure a predetermined outcome violating Goad's fundamental rights protected by the Texas and U.S. Constitution.

This notice includes, but is not limited to, the order of dismissal signed on February 19, 2015, backdated to reflect February 18, 2015, and FINDINGS OF FACT AND CONCLUSIONS OF LAW dated March 24, 2015.

Respectfully submitted.

DAVID GOAD, Plaintiff pro se
1154 Rivertree Drive
New Braunfels, Texas 78130

### CERTIFICATE OF SERVICE

The undersigned certifies that on April 1, 2015, this **NOTICE OF APPEAL, NOTICE OF FRAUD UPON THE COURT BY JUDGE ROBIN DWYER AND COURT STAFF** was served on all parties in accordance with Texas Rules of Civil Procedure as set out herein below:

Jeremy R. Sloan, Esq.
16500 San Pedro., Suite 410
San Antonio, Texas 78232
U.S. Mail

David Goad